UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (Two Counts) |
| v. | ) | Case Number: 3:19cr46 JD |
| | ) | |
| JOSHUA RAY | ) | 18 U.S.C. § 922(o) |

FILED 2019 JUN 12 PM 2:13 U.S. DISTRICT COURT CLERK NORTHERN DISTRICT OF INDIANA

**THE GRAND JURY CHARGES**

## COUNT 1

On or between October 14, 2017 through and including May 7, 2019, in the Northern District of Indiana,

**JOSHUA RAY,**

defendant herein, did knowingly possess a machinegun.

All in violation of Title 18, United States Code, Section 922(o).

**THE GRAND JURY FURTHER CHARGES**

## COUNT 2

On or between October 14, 2017 through and including May 7, 2019, in the Northern District of Indiana,

## JOSHUA RAY,

defendant herein, did knowingly transfer a machinegun.

All in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in Counts 1 and 2 of this Indictment, defendant JOSHUA RAY shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any and all firearms and ammunition involved in the commission of the offense(s), including but not limited to the following:

1. Glock auto sears.

Dated: June 12, 2019

A TRUE BILL:

s/ Foreperson
_____
Grand Jury Foreperson

APPROVED BY:

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY


By:   s/ Kimberly L. Schultz
_____
Kimberly L. Schultz
Assistant United States Attorney
United States Attorney's Office
204 S. Main Street, Room M01
South Bend, IN 46601
574-236-8287
Kimberly.Schultz@usdoj.gov