FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

2019 SEP 11 PM 1:37

U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

| UNITED STATES OF AMERICA | ) | **SUPERSEDING INDICTMENT** |
|---|---|---|
| | ) | (Two Counts) |
| | ) | |
| v. | ) | Case Number: 3:19-cr-00046 JD |
| | ) | |
| | ) | |
| JOSHUA RAY | ) | 18 U.S.C. § 922(o) |

**THE GRAND JURY CHARGES**

**COUNT 1**

On or between October 14, 2017 through and including May 22, 2019, in the Northern District of Indiana,

**JOSHUA RAY,**

defendant herein, did knowingly possess a machinegun.

All in violation of Title 18, United States Code, Section 922(o).

**THE GRAND JURY FURTHER CHARGES**

## COUNT 2

On or between October 14, 2017 through and including May 22, 2019, in the Northern District of Indiana,

**JOSHUA RAY,**

defendant herein, did knowingly transfer a machinegun.

All in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in Count 1 of this Indictment, defendant JOSHUA RAY shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any and all firearms and ammunition involved in the commission of the offense(s), including but not limited to the following:

1. Glock auto sears;
2. Rounds of assorted ammunition;
3. HK 91, .380 rifle, Serial Number A059026;
4. Winchester, .22 rifle, Serial Number 674171;
5. Ruger, LCP .380 firearm, Serial Number 37128691;
6. Ruger, LCP .380 firearm, Serial Number 380282762;
7. Savage, .22 rifle, Serial Number 2768208;
8. Mossberg, 12 gauge shotgun, Serial Number V0533340;
9. Smith and Wesson, Governor .410, 45LC,45 ACP, Serial Number CR27014.

Dated: September 11, 2019

                                        A TRUE BILL:

                                        *s/ Foreperson*

                                        _____

                                        Grand Jury Foreperson

APPROVED BY:

    THOMAS L. KIRSCH II
    UNITED STATES ATTORNEY

        *s/ Kimberly L. Schultz*
By:  _____
    Kimberly L. Schultz
    Assistant United States Attorney